UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE BATES,<br><br>        Plaintiff,<br><br>   v.<br><br>MEDTRONIC, INC., et al.,<br><br>        Defendants. | Case No. EDCV 14-2643-VAP (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith granting Defendant Medtronic, Inc.'s Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: February 4, 2016

                                        VIRGINIA A. PHILLIPS<br>
                                    United States District Judge